DONAHUE, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Margaret Donahue against the New York, Ontario & Western Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. Held, that evidence tending to show the pecuniary circumstances of the next of kin at the time of the death of the plaintiff's intestate is competent (see. Fowler v. Furnace Co., 41 App. Div. 84, 58 N. Y. Supp. 223, and cases cited); but, considering the amount of the verdict, the nature of the questions propounded, and all the circumstances, we think no reversible error was committed by the learned trial justice in excluding the evidence offered upon the subject. We have also considered the other questions discussed upon appellant's brief, and find no reversible error therein.

DOWNES v. CAPE COD SHIP-CANAL CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by John H. Downes against the Cape Cod Ship-Canal Co. No opinion. Motion granted, with $10 costs.

EDMONSON, Respondent, v. COHEN, Appellant. Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by William H. Edmonson against Herman Cohen. No opinion. Judgment affirmed, with costs. All concur, except PARKER, P. J., not voting.

EDWARDS, Respondent, v. AMERICAN BONDING & TRUST CO. OF BALTIMORE CITY, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Hugh H. Edwards against the American Bonding & Trust Company of Baltimore City. No opinion. Judgment and order unanimously affirmed, with costs.

EDWARDS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by William O. Edwards against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, and motion denied, with costs.

EGGSTEIN, Respondent, v. SOUTHERN TIER MASONIC RELIEF ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Elizabeth Eggstein against the Southern Tier Masonic Relief Association. F. Collins, for appellant. G. W. Dease, for respondent. No opinion. Judgment and order affirmed, with costs.

EHRLICH, Respondent, v. VERMILYE, Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Leo Ehrlich against Elizabeth R. Vermilye. No opinion. Judgment affirmed, with costs. All concur, except SEWELL, J., taking no part.

ELDRIDGE, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by William S. Eldridge against the Third Avenue Railroad Company. A. Lauterbach, for appellant. H. Gottlieb, for respondent. No opinion. Judgment and order affirmed, with costs.

EVINS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Samuel H. Evins against the Metropolitan Street-Railway Company. No opinion. Motion to appeal to the court of appeals denied. See 67 N. Y. Supp. 1132.

EXPORT LUMBER CO. v. SOUTH BROOKLYN SAWMILL CO. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by the Export Lumber Company against the South Brooklyn Sawmill Company. No opinion. Motion denied, with $10 costs. See 67 N. Y. Supp. 626.

FALLON v. EGBERTS WOOLEN-MILL CO. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Stephen A. Fallon against the Egberts Woolen-Mill Company. No opinion. Motion denied, with $10 costs and disbursements. See 67 N. Y. Supp. 347.

In re FEARHAKE. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) In the matter of the application of John D. Fearhake for admission to the bar of the state of New York. No opinion. Application granted.

FISCHER, Respondent, v. BLOCHER MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Frederic Fischer, by guardian ad litem, against the Blocher Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

FITZPATRICK, Appellant, v. WILSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Thomas Fitzpatrick, by guardian ad litem, against James G. Wilson. No opinion. Judgment affirmed, with costs.

FLAMM et al. v. WILKINS. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by Eliza J. Flamm and another against Eucilla A. Wilkins. No opinion. Motion denied.

FLAMMER v. MANHATTAN RY. CO. et al. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Charles A. Flammer, individually, etc., against the Manhattan Railway Company and another. No opinion. Motion denied, with $10 costs.